# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 20-43378-659 |
| | ) | Chapter 7    #11    10/19 |
| **Latesha Renee Ross,** | ) | |
| | ) | |
| Debtor(s). | ) | **Motion to Compel Turnover of Documents** |
| | ) | |
| **D. Matthew Edwards, Trustee,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **Latesha Renee Ross,** | ) | |
| | ) | |
| Respondent(s). | ) | |

## ORDER GRANTING MOTION TO COMPEL TURNOVER OF DOCUMENTS

    This matter is before the Court in the Chapter 7 Trustee's Motion for Order Compelling Turnover of Documents and having given notice and no responses to the same being filed and being fully advised in the premises, it is hereby
    **ORDERED** that the Trustee's Motion for Order Compelling Turnover of Documents is **GRANTED BY DEFAULT** in that this Court orders the Debtor Latesha Renee Ross to deliver to the Trustee, D. Matthew Edwards, within fourteen (14) days from entry of this order the following complete items: bank statements for all accounts verifying balance(s) on the date this bankruptcy case was filed and a copy of Debtor's personal injury claim file.

                                             */s/ Kathy A. Surratt-States*
                                              KATHY A. SURRATT-STATES
                                              Chief U.S. Bankruptcy Judge

DATED: October 16, 2020
St. Louis, Missouri
jjh

<u>COPIES TO:</u>

U.S. Trustee's Office
111 S. 10th Street, Room 6353
St. Louis, MO 63102


D. Matthew Edwards
PO Box 67
Sikeston, MO 63801
Chapter 7 Trustee

Latesha Renee Ross
10130 Chaucer Ave., Apt. C
St. Louis, MO  63114
Debtor

Douglas M. Heagler
901 Boones Lick Rd.
Saint Charles, MO  63301
Attorney for Debtor